# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                   CASE NO. 19-10025-01-04-EFM

MICHAEL A. ARJONA,
NICHOLAS C. BRANDT,
CODY J. COBAL, and
MATTHEW A. McMILLAN,

        Defendants.

# SUPERSEDING INDICTMENT

**THE GRAND JURY ALLEGES**:

### Count One

**21 U.S.C. § 846**
**(Conspiracy to Distribute a Controlled Substance)**

That beginning on a date unknown and continuing through December 20, 2018, in the

District of Kansas, the defendants,

**MICHAEL A. ARJONA,**
**NICHOLAS C. BRANDT,**
**CODY J. COBAL, and**
**MATTHEW A. McMILLAN**

and others known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another, to possess with the intent to distribute, and to distribute, a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Quantity of Methamphetamine Involved in the Conspiracy

With respect to defendant **MICHAEL A. ARJONA**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of said conspiracy, involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

With respect to defendant **NICHOLAS C. BRANDT**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of said conspiracy, involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

With respect to defendant **CODY J. COBAL**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of said conspiracy, involved fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

With respect to defendant **MATTHEW A. MCMILLAN**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of said narcotics conspiracy, involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## Count Two

### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
### (Distribution of a Controlled Substance)

On or about November 20, 2018, in the District of Kansas, the defendant,

**CODY J. COBAL**,

knowingly and intentionally distributed five (5) or more grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count Three

### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)
### (Distribution of a Controlled Substance)

On or about November 27, 2018, in the District of Kansas, the defendant,

**CODY J. COBAL**,

knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count Four

### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)
### (Distribution of a Controlled Substance)

On or about December 12, 2018, in the District of Kansas, the defendants,

**MICHAEL A. ARJONA, and**
**MATTHEW A. McMILLAN**,

knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count Five

### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)
### (Distribution of a Controlled Substance)

On or about December 20, 2018, in the District of Kansas, the defendant,

**MATTHEW A. McMILLAN**,

knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count Six

**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about February 6, 2019, in the District of Kansas, the defendant,

### MICHAEL A. ARJONA,

knowingly and intentionally possessed with intent to distribute five hundred (500) grams or more

of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

### A TRUE BILL

February 27, 2019                              s/Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY


 s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
stephen.mcallister@usdoj.gov


| It is requested that the trial be held in Wichita, KS |
| --- |