# UNITED STATES DISTRICT COURT
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ARJONA,<br>NICHOLAS BRANDT,<br>CODY COBAL, and<br>MATTHEW McMILLAN<br><br>Defendants. | Case No. 19-10025-01 - 04-EFM |

### GOVERNMENT'S INITIAL NOTICE OF
### ANTICIPATED EXPERT WITNESS TESTIMONY

COMES NOW the United States of America, by and through Ryan C. H. McCarty, Assistant United States Attorney, and pursuant to Fed. R. Crim. P. 16(a)(1)(E) through (G), hereby notifies the defendants of the expected testimony of the following witnesses, which it concomitantly designates as experts for purposes of Fed. R. Evid. 702.

1) Huhman, Lindsey E., MSFS, F-ABC. Forensic Scientist, Sedgwick County Regional Forensic Science Center (RFSC); 555 N. Woodlawn Blvd., Bldg. 4, Ste. 185, Wichita, KS 67208. It is anticipated that Ms. Huhman will testify as to the description, intake, custody and control of each article of evidence tested; the methodologies she employed in conducting an examination of the same; and the results and conclusions thereof.

2) Mitchell, Timothy M. Forensic Examiner, Latent Print Unit, Wichita Police Department (WPD); 455 N. Main Street, Wichita, KS 67202. It is expected that Mr. Mitchell will testify as to the description, intake, custody and control of all items of evidence he received and examined; the methodologies used in conducting the examination; and the results and conclusions reached.

To be provided along with a follow-up letter to this filing, and to be incorporated by reference herein as Exhibits A and B, *et. seq*., the defendants will receive the credentials of the forenamed individuals – whether a curriculum vitae or résumé – upon receipt of the same by the United States. Every reasonable effort will be made to expedite the dissemination of relevant expert information as it becomes available.

Notwithstanding the foregoing, the United States reserves its right to supplement this *Notice* with any additional expert witnesses that, although unknown and hence unidentified at this time, may later become essential to its case-in-chief if and when additional facts not presently known come to light.

    Respectfully submitted,

    STEPHEN R. McALLISTER
    United States Attorney

    s/ Ryan C. H. McCarty
    RYAN C. H. MCCARTY
    Kan. S. Ct. No. 24913
    Assistant United States Attorney
    301 N. Main Street, Suite 1200
    Wichita, Kansas 67202
    Telephone: (316) 269-6481
    Facsimile:   (316) 269-6484
    Email: ryan.c.mccarty@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      s/ Ryan C. H. McCarty
                                      RYAN C. H. McCARTY
                                      Assistant United States Attorney